Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 23, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00999-CV

____________

 

JILES DANIELS, JR., Appellant

 

V.

 

EMPTY EYE, INC. EMPTY EYE & ASSOCIATES and JUDITH
DANIELS, Appellees

 



 

On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2008-02141

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a temporary injunction granted October 1, 2010.  On December 15,
2010, appellant filed a motion to dismiss the appeal as moot because the trial
court signed an order dissolving the temporary injunction about which appellant
complains.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Jamison.